**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. NO. 1:18-cv-01263-RGA** |
| **v.** | ) | |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby

provides notice that it dismisses all of its claims in this action WITH PREJUDICE.  Each party

shall bear its own costs, expenses, and attorneys' fees.

Dated: November 8, 2018                    Respectfully Submitted,

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
**STAMOULIS & WEINBLATT LLC**
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
(Admitted *Pro Hac Vice*)

*/s/ Jean G. Vidal Font*
Jean G. Vidal Font
(Admitted *Pro Hac Vice*)

**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000

Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS LLC**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on November 8, 2018, to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606



IT IS SO ORDERED this _____ day of November, 2018.




_____
UNITED STATES DISTRICT JUDGE